IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00085-PSF-PAC

ROBERT T. LEGO, an individual,

    Plaintiff,

v.

FREDERIC B. O'NEAL, an individual,

    Defendant.
_____

**ORDER ADMINISTRATIVELY CLOSING CASE**
_____

    This matter comes before the Court pursuant to the Notice of Bankruptcy filed on October 21, 2005 by Defendant Frederic B. O'Neal, indicating the filing of a Chapter 7 proceeding in the Middle District of Florida, and this Court's show cause Order entered on December 20, 2005.

    Given the automatic stay in effect pursuant to defendant's notice of bankruptcy, plaintiff was given until December 29, 2005 to show cause, if any, why this case should not be closed. Plaintiff filed his response on December 29, 2005. The response states that defendant has not yet been discharged from his financial obligations in the pending bankruptcy proceedings. Plaintiff indicates that defendant may not obtain a discharge, and is indeed "evaluating plans to challenge dischargeability on substantial grounds." Response at 5.

    Thus, plaintiff requests that this Court "suspend this case (rather than close it) pending confirmation that Mr. O'Neal has actually been discharged in his bankruptcy

case, or that the bankruptcy was withdrawn, dismissed or closed without his receiving a discharge." *Id.* Defendant has filed no further statement of position beyond his notice of bankruptcy filing.

Plaintiff does not contest the fact that the automatic bankruptcy stay applies to this action. *See* 11 U.S.C. § 362. Therefore, pursuant to D.C.Colo.LCivR 41.2, the Clerk of this Court is hereby directed to CLOSE this civil action administratively. Pursuant to this local rule, the case is subject to reopening for good cause.

DATED: December 30, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge